

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of _____

| | |
|---|---|
| Ivan Smith <br> Plaintiff <br> V. <br> Kent A. Jordan <br> Defendant | APPLICATION TO PROCEED <br> WITHOUT PREPAYMENT OF <br> FEES AND AFFIDAVIT <br><br> CASE NUMBER:  06 - 249 |

I, __Ivan Smith__ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☑ Yes     ☐ No     (If "No," go to Part 2)

    If "Yes," state the place of your incarceration __Salem County Corr. Facility c/o Wyoming Corr. Facility__

    Are you employed at the institution? __No__  Do you receive any payment from the institution? __No__

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?     ☐ Yes     ☑ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. N/A

FILED APR 14 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment     ☐ Yes     ☑ No
    b. Rent payments, interest or dividends              ☐ Yes     ☑ No
    c. Pensions, annuities or life insurance payments    ☐ Yes     ☑ No
    d. Disability or workers compensation payments       ☐ Yes     ☑ No
    e. Gifts or inheritances                             ☐ Yes     ☑ No
    f. Any other sources                                 ☐ Yes     ☑ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.



AO 240 Reverse (Rev. 10/03)

4.  Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☑ No

    If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☑ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.    N/A

I declare under penalty of perjury that the above information is true and correct.

_4/7/06_  
Date

_[signature]_  
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

_Sherry L. Kent 4/7/06_  
SHERRY L. KENT  
Notary Public of New Jersey  
My Commission Expires June 27, 2010

Inmate: SMITH, IVAN JOHN
Booking #: 2005-2316
Permanent ID: 32786

| Trans Date/Time | Back Date/Time | Code | Switch | Trans Amount | Deposit From/Withdrawal To | Receipt # | Check # | Rev? |
|---|---|---|---|---|---|---|---|---|
| 02/08/2006 16:00 | | MO | 1 | 25.00 | RYSHEEN BOWERS | 35800 | | |
| 02/08/2006 15:59 | | MO | 1 | 25.00 | RYSHEEN BOWERS | 35799 | | |
| 01/09/2006 11:35 | | WP | 1 | 1.00 | 1/2 1/8 | 7456 | | |
| 12/29/2005 15:25 | | CC | 2 | 6.00 | 8 COPIES | 850971 | | |
| 11/29/2005 10:37 | | CC | 2 | 12.50 | 20 COPIES | 821730 | | |
| 11/14/2005 11:45 | | CC | 2 | 14.50 | 14 COPIES | 807942 | | |

Copy of inmates account, inmate -31.03 on account as of 4/7/06

c/o *[signature]*

06- 249

FILED
APR 1 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Inmate: SMITH, IVAN JOHN
Booking #: 2005-2316
Permanent ID: 32786

| Trans Date/Time | Back Date/Time | Code | Switch | Trans Amount | Deposit From/Withdrawal To | Receipt# | Check # | Rev? |
|---|---|---|---|---|---|---|---|---|
| 2/09/2006 14:34 | | CC | 2 | 30.00 | 80 COPIES | 62296 | | |
| 2/21/2006 11:13 | | PS | 2 | .39 | 1 LETTER | 47489 | | |
| 2/19/2006 21:11 | | ITD | 7 | 3.04 | ITI CALL ALLOWANCE DEPOSIT | 46851 | | |
| 2/19/2006 21:10 | | ITW | 8 | 3.04 | ITI CALL ALLOWANCE WITHDRAW | 46849 | | |
| 2/16/2006 09:20 | | PS | 2 | .39 | 1 LETTER | 43499 | | |
| 2/15/2006 21:31 | | ITD | 7 | 3.04 | ITI CALL ALLOWANCE DEPOSIT | 43260 | | |
| 2/15/2006 21:30 | | ITW | 8 | 3.04 | ITI CALL ALLOWANCE WITHDRAW | 43251 | | |
| 2/10/2006 22:17 | | ITD | 7 | 3.04 | ITI CALL ALLOWANCE DEPOSIT | 38543 | | |
| 2/10/2006 22:17 | | ITC | 2 | 2.79 | ITI DEBIT SYSTEM CALL CHARGE | 38544 | | |
| 2/10/2006 22:17 | | ITC | 2 | .08 | ITI DEBIT SYSTEM FEDERAL TAX | 38546 | | |
| 2/10/2006 22:17 | | ITC | 2 | .17 | ITI DEBIT SYSTEM STATE TAX | 38545 | | |
| 2/10/2006 21:57 | | ITW | 8 | 3.04 | ITI CALL ALLOWANCE WITHDRAW | 38461 | | |
| 2/10/2006 21:56 | | ITD | 7 | 3.04 | ITI CALL ALLOWANCE DEPOSIT | 38460 | | |
| 2/10/2006 21:55 | | ITW | 8 | 3.04 | ITI CALL ALLOWANCE WITHDRAW | 38452 | | |
| 2/10/2006 13:08 | | ITD | 7 | 3.04 | ITI CALL ALLOWANCE DEPOSIT | 37757 | | |
| 2/10/2006 13:07 | | ITW | 8 | 3.04 | ITI CALL ALLOWANCE WITHDRAW | 37755 | | |
| 2/10/2006 12:16 | | ITD | 7 | 3.04 | ITI CALL ALLOWANCE DEPOSIT | 37683 | | |
| 2/10/2006 12:16 | | ITW | 8 | 3.04 | ITI CALL ALLOWANCE WITHDRAW | 37682 | | |
| 2/09/2006 22:59 | | ITD | 7 | 3.04 | ITI CALL ALLOWANCE DEPOSIT | 37418 | | |
| 2/09/2006 22:59 | | ITC | 2 | 2.79 | ITI DEBIT SYSTEM CALL CHARGE | 37419 | | |
| 2/09/2006 22:59 | | ITC | 2 | .17 | ITI DEBIT SYSTEM STATE TAX | 37420 | | |
| 2/09/2006 22:59 | | ITC | 2 | .08 | ITI DEBIT SYSTEM FEDERAL TAX | 37421 | | |
| 2/09/2006 22:38 | | ITW | 8 | 3.04 | ITI CALL ALLOWANCE WITHDRAW | 37394 | | |
| 2/09/2006 22:38 | | ITD | 7 | 3.04 | ITI CALL ALLOWANCE DEPOSIT | 37390 | | |
| 2/09/2006 22:38 | | ITC | 2 | 2.79 | ITI DEBIT SYSTEM CALL CHARGE | 37391 | | |
| 2/09/2006 22:38 | | ITC | 2 | .08 | ITI DEBIT SYSTEM FEDERAL TAX | 37393 | | |
| 2/09/2006 22:38 | | ITC | 2 | .17 | ITI DEBIT SYSTEM STATE TAX | 37392 | | |
| 2/09/2006 22:17 | | ITW | 8 | 3.04 | ITI CALL ALLOWANCE WITHDRAW | 37347 | | |
| 2/09/2006 21:30 | | ITD | 7 | 3.04 | ITI CALL ALLOWANCE DEPOSIT | 37242 | | |
| 2/09/2006 21:29 | | ITW | 8 | 3.04 | ITI CALL ALLOWANCE WITHDRAW | 37240 | | |
| 2/09/2006 13:19 | | ITD | 7 | 3.04 | ITI CALL ALLOWANCE DEPOSIT | 36817 | | |
| 2/09/2006 13:18 | | ITW | 8 | 3.04 | ITI CALL ALLOWANCE WITHDRAW | 36806 | | |