Dear Dist. Court Clerk,

My name is Ivan Smith, Re: Civil Action # 06-249-GMS. In responce to the order by United States District Judge Gregory M. Sleet, dated April 20, 2006. Here is a revised certified copy of my trust fund account statement, for the previous past six-month period, at Salem County Correctional Facility from dates 11-14-05 up until 5-04-06, the present date. This certified trust fund account statement shows all finacial transactions, pre-dated to the past six-month period, as requested in order for the Court to compute the necessary initial partial filing fee upon the filing of the current complaint, in order to schedule any, if any filing fee. However, based on the enclosed statement of the trust fund account, it is documented that I do not have any funds or income, in fact I am presently in-dept to Salem County Correctional Facility. Please allow my complaint to be filed accordingly. Thankyou dearly!

Respectfully, Ivan Smith



FILED
MAY 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Tiran Smith, A-1
Salem County Correctional Facility
125 Cemetary Road
Woodstown, New Jersey 08098

Legal Mail

UNITED STATES POSTAGE
$00.39⁰
MAY 09 2006
PITNEY BOWES
02 1A
0004397284
MAILED FROM ZIPCODE 08079

Attn. Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

MAILED FROM
SALEM COUNTY CORRECTIONAL FACILITY

19801+3570-33 C012