06-249 (GMS)

FILED
MAY 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

# Inmate Account Summary Report
## SALEM COUNTY CORRECTIONAL FACILITY

Today's Date: 05/04/2006                                        Page 1 of 2

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| SMITH | IVAN | JOHN | | 2005-2316 |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 11/14/2005 11:45 | Withdrawal | -14.50 | CC | | 14 COPIES | 0.00 | -14.50 | 807942 | |
| Authorizing Employee: 21683 | | | | | Document Locator Number: | | | | |
| 11/29/2005 10:37 | Withdrawal | -12.50 | CC | | 20 COPIES | 0.00 | -27.00 | 821730 | |
| Authorizing Employee: 21683 | | | | | Document Locator Number: | | | | |
| 12/29/2005 15:25 | Withdrawal | -6.00 | CC | | 8 COPIES | 0.00 | -33.00 | 850971 | |
| Authorizing Employee: 10974 | | | | | Document Locator Number: PER REV ESSINGTON | | | | |
| 01/09/2006 11:35 | Deposit | 1.00 | WP | | 1/2 1/8 | 0.40 | -32.40 | 7456 | |
| Authorizing Employee: 21683 | | | | | Document Locator Number: | | | | |
| 02/08/2006 15:59 | Deposit | 25.00 | MO | | RYSHEEN BOWERS | 10.40 | -17.40 | 35799 | |
| Authorizing Employee: 21683 | | | | | Document Locator Number: 443280805 | | | | |
| 02/08/2006 16:00 | Deposit | 25.00 | MO | | RYSHEEN BOWERS | 20.40 | -2.40 | 35800 | |
| Authorizing Employee: 21683 | | | | | Document Locator Number: 47641717706 | | | | |
| 02/09/2006 22:38 | Withdrawal | -2.79 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 17.61 | -2.40 | 37391 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 02/09/2006 22:38 | Withdrawal | -.17 | ITC | | ITI DEBIT SYSTEM STATE TAX | 17.44 | -2.40 | 37392 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 02/09/2006 22:38 | Withdrawal | -.08 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 17.36 | -2.40 | 37393 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 02/09/2006 22:59 | Withdrawal | -2.79 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 14.57 | -2.40 | 37419 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 02/09/2006 22:59 | Withdrawal | -.17 | ITC | | ITI DEBIT SYSTEM STATE TAX | 14.40 | -2.40 | 37420 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 02/09/2006 22:59 | Withdrawal | -.08 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 14.32 | -2.40 | 37421 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |
| 02/10/2006 22:17 | Withdrawal | -2.79 | ITC | | ITI DEBIT SYSTEM CALL CHARGE | 11.53 | -2.40 | 38544 | |
| Authorizing Employee: | | | | | Document Locator Number: | | | | |

Note: 11/14/2005 entry — "PER MR. ESSINGTON"; 11/29/2005 entry — "PER MR. ESSINGTON"

Today's Date: 05/04/2006

**Inmate Account Summary Report**
**SALEM COUNTY CORRECTIONAL FACILITY**

Page 2 of 2

| Last Name | First Name | Middle Name | Affix | Booking# |
|---|---|---|---|---|
| SMITH | IVAN | JOHN | | 2005-2316 |

| Trans Date/Time | Trans Type | Amount | Code | Check# | Deposit From/Withdrawal To | Curr Bal | CR Bal | Receipt # | Rev? |
|---|---|---|---|---|---|---|---|---|---|
| 02/10/2006 22:17 | Withdrawal | -.17 | ITC | | ITI DEBIT SYSTEM STATE TAX | 11.36 | -2.40 | 38545 | |
| Authorizing Employee: | | | | | Document Locator Number: ITI DEBIT SYSTEM STATE TAX | | | | |
| 02/10/2006 22:17 | Withdrawal | -.08 | ITC | | ITI DEBIT SYSTEM FEDERAL TAX | 11.28 | -2.40 | 38546 | |
| Authorizing Employee: | | | | | Document Locator Number: ITI DEBIT SYSTEM FEDERAL TAX | | | | |
| 02/16/2006 09:20 | Withdrawal | -.39 | PS | | 1 LETTER | 10.89 | -2.40 | 43499 | |
| Authorizing Employee: 21683 | | | | | Document Locator Number: | | | | |
| 02/21/2006 11:13 | Withdrawal | -.39 | PS | | 1 LETTER | 10.50 | -2.40 | 47489 | |
| Authorizing Employee: 21683 | | | | | Document Locator Number: | | | | |
| 03/09/2006 14:34 | Withdrawal | -30.00 | CC | | 80 COPIES | 0.00 | -21.90 | 62296 | |
| Authorizing Employee: 21683 | | | | | Document Locator Number: PER C/O KENT | | | | |

Total Withdrawals   -72.90
Total Deposits       51.00