IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IVAN SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-249 GMS |
| | ) |
| KENT A. JORDAN, | ) |
| | ) |
| Defendants. | ) |

**AUTHORIZATION**

I, Ivan Smith, Fed Pris. ID #485-27-066, request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated May 18, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 5-19, 2006.

_____
Signature of Plaintiff



Ivan Smith, A-1
Salem County Correction Facility
125 Cemetary Road
Woodstown, NJ 08098

MAILED FROM
SALEM COUNTY
CORRECTIONAL FACILITY

SOUTH JERSEY NJ 080
22 MAY 2006 PM 1 T

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570