UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IVAN SMITH,
  Plaintiff,

v.                                    Civ. No. 06-249-GMS

KENT A. JORDAN,
  Defendant.

BD Scanned
FILED
AUG - 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DEFENDANT'S NOTICE TO APPEAL DISTRICT COURT'S MEMORANDUM ORDER, DISMISSING DEFENDANT'S COMPLAINT, TO THE THIRD CIRCUIT COURT OF APPEALS

Ivan Smith, pro se, hearby orders this court to file notice of appeal District Courts dismissal of the Defendant's complaint, to the Third Circuit Court of Appeals. The Defendant in this case requests, the Third Circuit Court of Appeals to review the entire record of the District Court on March 15, 2006, of which demonstrates and supports the constitutional basis of the Defendant's ligitimate complaint, in criminal case No. 04-CR-011-KAJ. The Defendant also requests a full review of the complaint in this case, which was not fully interpreted by the District Court. see (Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 389). Defendant request a full review of the record of March 15, 2006, by the Court of Appeals as opportunity of supporting evidence, from the District Courts dismissal it cannot be said beyond doubt that the plaintiff can prove no set of facts in support of claim which would entitle relief, pro se complaint less stringent than formal drafts by lawyers, see (Conley v. Gibson, 355 U.S. 46)

Respectfully Ivan Smith
Ivan Smith  7-30-06



Ivan Smith, A-1
125 Cemetary Road
Woodstown, NJ. 08098

Legal Mail

$00.39⁰ JUL 31 2006
MAILED FROM ZIP CODE 08079

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

+3570-33 C012